UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-20142-CIV-ALTONAGA/GOODMAN

CARLOS VILLARAN,
On behalf of themselves
and all others similarly situated

      Plaintiff,

vs.

NEXUS SERVICES OF VIRGINIA, INC
a/k/a NEXUS SERVICES INC.,
a Foreign Profit Corporation

      Defendant.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT
## AND TO DISMISS WITH PREJUDICE

Plaintiff, Carlos Villaran ("Plaintiff"), and Defendant Nexus Services, Inc., ("Defendant"), by and through undersigned counsel, hereby file this Joint Motion to Approve Settlement and to Dismiss with Prejudice, and state the following in support thereof:

1. Plaintiff filed the instant action alleging, *inter alia,* that Defendant violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 201-216 (FLSA).

2. Defendant denies that it engaged in any unlawful actions.

3. To avoid the costs and the uncertainty of litigation, the parties have resolved this matter. Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), claims for back wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor.

4. Plaintiff's counsel has attached his time records as Exhibit A for the action at bar.[1]

---

[1] Council's time records reflect time recorded four major activities on the case which exceed the amount of attorney's fees claimed for purposes of this motion. While contemporaneous records of attorney time have been recorded, time which remains unbilled includes identifiable conferences and correspondence with opposing counsel and internal

    5.    The Settlement Agreement between the parties is attached as Exhibit B.

    6.    The proposed order approving the settlement of the FLSA case is attached as Exhibit C.

    7.    Plaintiff, Carlos Villaran is to receive $13,300.00 and Plaintiff's counsel is to receive $6,133.34 in attorney's fees and costs.

    8.    As part of the settlement reached between the parties, Plaintiff agrees to dismiss this action with prejudice upon approval by the Court of the Settlement Agreement, with the Court to retain jurisdiction to enforce Defendant's obligation to make the payments to Plaintiff and his attorney required by the settlement agreement.

    9.    Plaintiff and Defendant stipulate that the settlement is a fair and reasonable settlement of the controversies involved in this case and comports with the policies underlying the FLSA.

WHEREFORE, the Parties respectfully request that this Court enter an Order approving the Settlement Agreement and dismissing the claims made by Plaintiff against Defendant in this action with prejudice, with the Court to retain jurisdiction to enforce Defendant's obligation to make the payments to Plaintiff and his attorney required by the settlement agreement and to enforce the Confidentiality Order [Docket # 39], which the Parties have agreed will survive the dismissal of this case.

THIS SPACE INTENTIONALLY LEFT BLANK

---

meetings and strategy conferences between plaintiff's attorneys, and an exhaustive review of confidential documents subject to protective order. Cost associated with the litigation were also well in excess of $1200.00

Respectfully submitted this 30th day of July, 2018.

| | |
|---|---|
| By:/s/Suhaill M. Morales<br>Robert L. Norton<br>Florida Bar No. 128846<br>rnorton@anblaw.com<br>Suhaill M. Morales<br>Florida Bar No. 084448<br>smorales@anblaw.com<br>**Allen, Norton & Blue, P.A.**<br>121 Majorca Avenue, Suite 300<br>Coral Gables, FL 33134<br>Tel: (305) 445-7801<br>Fax: (305) 442-1578<br>*Counsel for Defendant* | By:/s/ Peter Hoogerwoerd<br>Peter Hoogerwoerd, Esq.<br>Florida Bar No. 188239<br>pmh@rgpattorneys.com<br>Nathaly Lewis, Esq.<br>Florida Bar No. 118315<br>nl@rgpattorneys.com<br>Remer & Georges-Pierre, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel: (305) 416-5000<br>Fax: (305) 416-5005<br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30${}^{TH}$ day of July, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/ Peter Hoogerwoerd
        Peter Hoogerwoerd, Esq.
        Florida Bar No. 188239
        pmh@rgpattorneys.com
        Nathaly Lewis, Esq.
        Florida Bar No. 118315
        nl@rgpattorneys.com
        Remer & Georges-Pierre, PLLC
        44 West Flagler Street, Suite 2200
        Miami, FL 33130
        Tel: (305) 416-5000
        Fax: (305) 416-5005
*Counsel for Plaintiffs*

## SERVICE LIST

Peter M. Hoogerwoerd, Esq.
Florida Bar No.: 188239
pmh@rgpattorneys.com
Nathaly Lewis, Esq.
Florida Bar No. 118315
nl@rgpattorneys.com
Michelle Muskus, Esq.
Florida Bar No.: 1003077
mm@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305) 416-5000
Facsimile: (305) 416-5005

*Counsel for Plaintiff*


Robert L. Norton
Florida Bar No. 128846
rnorton@anblaw.com
Suhaill M. Morales
Florida Bar No. 084448
smorales@anblaw.com
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, FL 33134
Tel: (305) 445-7801
Fax: (305) 442-1578

*Counsel for Defendant*

Served via transmission of Notices of Electronic Filing generated by CM/ECF